# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Theresa Blesi,

    Plaintiff,

vs.

Wells Fargo Bank, N.A.,

    Defendant.

Case No. 18-cv-448-PJS-KMM

**ORDER STAYING MATTER PENDING COMPLETION OF ARBITRATION**

Based on the parties' Stipulation to Stay Matter Pending Arbitration (ECF No. 9), **IT IS HEREBY ORDERED**, that:

1. The parties shall submit to binding non-judicial arbitration;
2. The arbitration shall be conducted through AAA; and
3. This action shall be STAYED in its entirety until the arbitration has been completed.

Date:  March 22, 2018

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge