## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Theresa Blesi,

        Plaintiff,

vs.

Wells Fargo Bank, N.A.,

        Defendant.

Case No. 18-cv-00448-PJS-KMM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

      The above parties stipulate, through their respective undersigned counsel, that all claims in this action may be dismissed with prejudice, with each party to bear its own costs and fees.

Date: March 19, 2019

s/ Bennet Hartz
Andrew C. Walker #392525
Bennett Hartz #393136
Walker & Walker Law Offices, PLLC
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
***Attorneys for Plaintiff***

Date: March 19, 2019

s/ Erin L. Hoffman
Erin L. Hoffman
Bar Number 0387835
Attorneys for Defendant
Wells Fargo Bank, N.A.
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
erin.hoffman@FaegreBD.com