UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

THERESA BLESI,  Case No. 18-CV-0448 (PJS/KMM)

    Plaintiff,

v.  ORDER OF DISMISSAL

WELLS FARGO BANK, N.A.,

    Defendant.

---

Based upon the Stipulation for Dismissal filed by the parties on March 19, 2019 [ECF No. 13],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.


Dated: March 20, 2019

                                      s/Patrick J. Schiltz
                                      Patrick J. Schiltz
                                      United States District Judge